UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-520-JCM-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERTA RHABURN ) | |
| ) | |
| Defendant. ) | |

FILED APR 21 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#28) on November 12, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $70,100.00

**Total Amount of Restitution ordered:** $70,100.00

Dated this 21st day of April, 2017.

UNITED STATES DISTRICT JUDGE